May 30 2024

4:24CV1228 DWD
Jeude v. USA et al

Todd Jeude 35912-044
USP Yazoo
PO Box 5000
Yazoo City MS 39194
Pro Se Plaintiff

RE: Change of Address

Dear Court Clerk,

I have transferred to the above address. Anything sent from your office on or after 5/25/24, I have Not received, so ANY document from 5/25 on may need to be re-sent please.

Thank you for your continued service. You are greatly appreciated.

Respectfully,

Todd Jende 35912-014
United State Penitentiary FCI
PO Box 5000
Yazoo MS 39194

Legal



JACKSON MS 390

6 JUN 2024 PM 2 L

MAIL CLEARED US M...

United States District Court
    Southern Dist
750 Missouri Ave
East SAINT Louis MO 62201



RECEIVED
JUN 10 2024
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
CLERK'S OFFICE